IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 09-60022

United States Court of Appeals
Fifth Circuit
**F I L E D**
February 25, 2009

Charles R. Fulbruge III
Clerk

In re: TOMMY GOREE,

    Movant

---

Authorization to File Successive Habeas Corpus Petition

---

CLERK'S OFFICE:

Authorization to file a successive habeas corpus petition is denied for failure to comply with this Court's notice of January 16, 2009.

CHARLES R. FULBRUGE III

Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Angelique D. Batiste, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT